# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

In Re:                                                    Case No. 19-01582

Stephen Curtis Gabbard
Lynsie Baines Gabbard                      Chapter 13

Debtor(s).                                    Judge Robyn L. Moberly

## AGREED ENTRY

This Agreed Entry is made by and between the debtors, Stephen Curtis Gabbard and Lynsie Baines Gabbard (the "Debtors") and Home Point Financial Corporation (the "Creditor").

WHEREAS the Debtors filed for Chapter 13 Bankruptcy on March 15, 2019, Bankruptcy case number 19-01582 (the "Bankruptcy Case");

WHEREAS, the Creditor is a secured creditor in the Bankruptcy Case;

WHEREAS, the Debtors filed a Motion for Determination of Post-pPetition Mortgage Fees, Expenses, and Charges on November 18, 2019 (the "Motion"); and

WHEREAS the Debtors and Creditor (the "Parties") hereby resolve all issues between the Parties and agree as follows:

1. Within fourteen (14) days from the date this Agreed Entry is entered, Creditor shall both file an amended proof of claim and prepare a payoff statement reflecting the attached corporate advance amounts.

2. This Agreed Entry is entered into to resolve all issues between the Parties and should not be construed as any admission or acknowledgment on the part of the Creditor of any liability in connection with any allegation made by the Debtors.

3. The Parties to the Agreed Entry acknowledge that the person executing the Agreed Entry on behalf of the respective Party is duly authorized to execute this Agreed Entry and that the Agreed Entry is legally binding on all Parties.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140

Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

/s/ Keith Eirik Gifford

Keith Eirik Gifford
Redman Ludwig
151 N. Delaware Street, Suite 1106
Indianapolis, IN 46204
Phone: 317-685-2426
Email: kgooden@redmanludwig.com
Attorney for Debtors

/s/ Brian Brothers

Brian Brothers
Staff Attorney
Chapter 13 Trustee Ann M. DeLaney
251 N. Illinois, #970
Indianapolis, IN 46204
317-829-7360 (p)
317-8297369 (f)
brian@trustee13.com